ORIGINAL

ORIGINAL

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- X
                                :
UNITED STATES OF AMERICA        :
                                :    UNSEALING ORDER
         - v. -                 :
                                :    21 Mag. 8920
MARTIN PEREZ,                   :
                                :
         Defendant.             :
                                :
------------------------------- X
```

Upon application of the United States of America, by and through Assistant United States Attorney Alexander Li, it is hereby ORDERED that all filings and entries in docket 21 Mag. 8920 be unsealed, and the docket caption be restored to <u>United States of America v. Martin Perez</u>.

SO ORDERED.

Dated:   New York, New York
         October 19, 2021

_____
HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK