```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11.3.22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                                    Plaintiff,

      -against-                            21 CR-599 (ALC)

MARTIN PEREZ,                            **ORDER**

                                   Defendant.

------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

A Change of Plea hearing is scheduled for **November 16, 2022** at **2:00 p.m.**

SO ORDERED.

Dated:    New York, New York
            November 3, 2022

                                                        _/s/ Andrew L. Carter, Jr._
                                                        ANDREW L. CARTER, JR.
                                                        United States District Judge