UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _11-17-22_

---------------------------------------x

UNITED STATES OF AMERICA

    -against-

**Martin Perez**

**ORDER**

**21-CR-599 , ALC**
Docket #

---------------------------------------x

Honorable **Andrew L. Carter, Jr.**, DISTRICT JUDGE.
    Judge's Name

The attorney retained in this case,

**Zachary Margulis-Ohnuma** is hereby ordered
    Attorney's Name

to assume representation of the defendant in the above captioned

matter in his capacity as a CJA atty.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: _New York, New York_
       11-17-22