**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 1, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/8/23

*By ECF*

Honorable Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Martin Perez*, 21 Cr. 599 (ALC)

Dear Judge Carter:

I write on consent (Assistant U.S. Attorney Alexander Li) to respectfully request that the Court extend the deadline for simultaneous sentencing submissions to May 4, 2023, or adjourn sentencing to the week of May 15, 2023, or to another date convenient for the Court.

By Order dated March 24, 2023, the Court adjourned sentencing to May 9, 2023. *See* Dkt. No. 87. I am still working on the sentencing submission, and asked the Government for its consent to adjourn sentencing by one week. The Government indicated that there may be victims seeking to attend the sentencing, and so its preference would be to keep the same sentencing date with an extended submission deadline; the Government indicated it would also be able appear during the week of May 15, 2023, other than on May 17, 2023.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

cc:   All counsel of record, by ECF

The entire application is **GRANTED**. The sentencing is adjourned to 5/25/23 at 3:30 p.m. So Ordered.

*/s/ Andrew L. Carter*
5/8/23