USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5-18-23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

United States of America,

                                                                     **ORDER**

                                                                     21-CR-599 (ALC)

-against-

Martin Perez,

----------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

    The sentencing scheduled for May 25, 2023 at 3:30 p.m. is rescheduled at **2:00 p.m.**

    **SO ORDERED.**

Dated: New York, New York
          May 18, 2023

                                                       _____
                                                       **ANDREW L. CARTER, JR.**
                                                       **UNITED STATES DISTRICT JUDGE**